### STATE v. RICHARD HORTON.

(Filed 19 March, 1947.)

APPEAL by defendant from *Pittman, J.,* at December Term, 1946, of WILKES.

Criminal prosecution on indictment charging the defendant with the murder of one Francis Baker.

Verdict: "Guilty of murder in the first degree."

Judgment: Death by asphyxiation.

The defendant appeals, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Bruton, Rhodes, and Moody for the State.*

*F. J. McDuffie for the defendant.*

STACY, C. J. The deceased was a taxi-driver. On the night of 26 October, 1946, he was engaged by the defendant to drive him from North Wilkesboro to Miller's Creek, a distance of about fifteen miles. While on this trip, the defendant slew the deceased, took his car and drove it to Portsmouth, Ohio, where he was apprehended. The defendant, in a signed confession, admitted that he shot the deceased and took his automobile. He interposed the defense of mental irresponsibility. The jury has resolved this against him.

A careful perusal of the record fails to disclose any valid exceptive assignment of error. The verdict and judgment will be upheld.

No error.